IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-585-FDW-DCK

| | |
|---|---|
| SHON ASHBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| U.S. DEPARTMENT OF STATE and ) | |
| UNITED STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, (USCIS), ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Allow Amended Complaint; Per Failure Of U.S. Postmaster To Deliever(sic) Court Order" (Document No. 8) filed October 3, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion To Allow Amended Complaint; Per Failure Of U.S. Postmaster To Deliever(sic) Court Order" (Document No. 8) is **GRANTED**. *Pro se* Plaintiff's "Amended Complaint" (Document No. 7) is accepted by the Court as being timely filed.

**SO ORDERED**.

Signed: October 4, 2016

David C. Keesler
United States Magistrate Judge