UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00585-FDW-DCK

| | |
|---|---|
| SHON ASHBY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> U.S. DEPARTMENT OF STATE; UNITED ) <br> STATES CITIZENSHIP AND ) <br> IMMIGRATION SERVICES (USCIS), ) <br> ) <br> Defendants. ) <br> ) | ORDER |

THIS MATTER is before the Court on *pro se* Plaintiff's Request to Receive Electronic Notification (Doc. No. 9). Plaintiff requests that he receive electronic notification as to all future Orders from the Court in this case. The Court grants Plaintiff's request and respectfully directs the Clerk to e-mail a copy of all future Orders to Plaintiff at the following e-mail address: Shon@EmetChurch.org.

IT IS SO ORDERED.

Signed: October 4, 2016

Frank D. Whitney
Chief United States District Judge