# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-585-FDW-DCK

| | |
|---|---|
| SHON ASHBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| U.S. DEPARTMENT OF STATE; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, (USCIS), and JOHN KERRY, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Court Order; To Have U.S. Marshal To Serve Court Summons And Plaintiff's Complaint To The Defendants – U.S. Attorney For The Western District Of North Carolina" (Document No. 15) filed November 23, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Whitney's Chambers, the undersigned will <u>deny</u> the motion.

Plaintiff is not appearing *in forma pauperis* in this matter and therefore is responsible for effecting service of the summons and complaint on Defendant(s).

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion For Court Order; To Have U.S. Marshal To Serve Court Summons And Plaintiff's Complaint To The Defendants – U.S. Attorney For The Western District Of North Carolina" (Document No. 15) is **DENIED**.

**SO ORDERED**.

Signed: November 28, 2016

David C. Keesler
United States Magistrate Judge