# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Shon Ashby, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00585-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| John F Kerry | ) | |
| United States Citizenship and Immigration Services, (USCIS) U.S. Department of State, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 12, 2017 Order.

April 12, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court